IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM DUANE GARLAND             PLAINTIFF

v.        Civil No. 06-5168

RANDAL DENZER,
SHERIFF TIM HELDER, and
SGT. LUTHER             DEFENDANTS

## ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing for completion of page two and certification regarding any inmate funds being held in his name. Plaintiff is given up to and including October 15, 2006, in which to complete page two, sign and date the application, have the appropriate officer complete the certification, and return the application to this court for review and filing. **Should plaintiff fail to return the application within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 13th day of September 2006.

*Beverly Stites Jones*
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 15 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK