IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM D. GARLAND                                     PLAINTIFF

v.                          Civil No. 06-5168

RANDAL DENZER,
SHERIFF TIM HELDER, and
SGT. LUTHER                                       DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on September 15, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff complete and sign the attached addendum to his complaint, and return the same to the court **by December 15, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by December 15, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this <u>21st</u> day of November 2006.

                                                       /s/ Beverly Stites Jones
                                                       HON. BEVERLY STITES JONES
                                                       UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM D. GARLAND                                                    PLAINTIFF

v.                              Civil No. 06-5168

RANDAL DENZER,
SHERIFF TIM HELDER, and
SGT. LUTHER                                                 DEFENDANTS

**ADDENDUM TO COMPLAINT**

TO: WILLIAM GARLAND

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by December 15, 2006** Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

     In your complaint, you allege your rights were violated on when you were attacked by fellow inmates. Further, you contend that you have been denied medical attention and medication.

     1. In your complaint, you state that you were a witness in a murder trial. Further, you indicate that Officer Robinson told you that you would be placed in protective custody. However, when you were not. Who did you ask to place you in protective custody?

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

2. Was this person made aware of your status as a witness for the state?

_____

_____

_____

_____

_____

3. What was their reason for not placing you in protective custody?

_____

_____

_____

_____

_____

4. Did the defendants have reason to know that you would be placed in danger if you were placed in the general population?

Answer: Yes _____ No _____.

If so, please explain.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

5. Were you injured during the attack?

Answer: Yes _____ No _____.

If so, please describe your injuries.

_____

_____

_____

_____

_____

6. Did your injuries necessitate medical treatment?

Answer: Yes _____ No _____.

If so, state when you were treated, where you were treated, and the name of the doctor/nurse treating you.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

7. You state that you have had spinal surgery in the past.  Please state the reason for this surgery and the date it occurred.

_____

_____

_____

_____

_____

8. You state that you need to see a specialist for your back.  Have you been referred to a specialist by another doctor?

Answer:  Yes _____ No _____.

9. Have you filed a medical request to see a specialist?

Answer:  Yes _____ No _____.

If yes, when did you file it and what was the response.

_____

_____

_____

_____

10. You state that you have been denied your medication.  Please provide the name of each medication denied, the reason you are taking the medication, and the name of the doctor who prescribed it.

_____

_____

_____

_____

      11. You state that the defendants have told you that your family will have to pay for your medication. Who told you this and when?

_____

_____

_____

      12. Are you alleging that you have not received your medications because you and your family are unable to pay for them?

_____

_____

_____

_____

      13. You allege that defendants William Garland, Randal Denzer, Tim Helder, and Sergeant Luther have violated your federal constitutional rights. Please explain how each defendant has violated your rights.

      WILLIAM GARLAND:

AO72A
(Rev. 8/82)

_____

_____

_____

_____

RANDAL DENZER:

_____

_____

_____

_____

_____

_____

TIM HELDER:

_____

_____

_____

_____

_____

_____

_____

SERGEANT LUTHER

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

      14.  Are you suing the defendants in their individual capacity, official capacity, or both? Claims against individuals in their official capacities require proof that a policy or custom of the entity violated your rights.  Personal capacity claims, on the other hand, are those which allege personal liability for individual actions by officials in the course of their duties.

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

      _____
      WILLIAM GARLAND
      _____
      DATE

AO72A
(Rev. 8/82)